# Third District Court of Appeal
## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2448
Lower Tribunal No. F18-20461
_____


**Fernando Gonzalez-Marham,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

The Law Offices of Daniel Martinez, and Daniel Martinez (Palm Bay), for appellant.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.


Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Appellant, Fernando Gonzalez-Marham, challenges a post-decretal order denying his emergency petition for furlough and home confinement. The motion, filed approximately fifteen months after appellant was sentenced to five years in prison for trafficking in cocaine, cites concerns over COVID-19. As an order denying a motion to correct, reduce, or modify a sentence is not appealable, we dismiss the appeal. Adams v. State, 487 So. 2d 1209, 1209 (Fla. 4th DCA 1986); Baker v. State, 746 So. 2d 469, 469 (Fla. 2d DCA 1997); Hernandez v. State, 62 So. 3d 1158, 1158 (Fla. 3d DCA 2011); see Fla. R. App. P. 9.140(b)(1).

Dismissed.